UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLTON SMITH,
    Plaintiff,

v.

    Case No. 17-cv-12499
    Hon. Matthew F. Leitman
    Mag. J.: Mona K. Majzoub

NATIONWIDE COLLECTION AGENCIES, INC.
d/b/a/ MONEY RECOVERY NATIONWIDE,
    Defendant.
_____

## NOTICE OF SETTLEMENT WITH DEFENDANT NATIONWIDE COLLECTION AGENCIES, INC. d/b/a/ MONEY RECOVERY NATIONWIDE

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant Nationwide Collection Agencies, Inc. d/b/a/ Money Recovery Nationwide, in the above-captioned case have reached a settlement. The parties anticipate filing a Dismissal with Prejudice as to Defendant Nationwide Collection Agencies, Inc. d/b/a/ Money Recovery Nationwide, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

DATED: May 21, 2019

    Respectfully submitted,

    /s/ Gary Nitzkin
    GARY D. NITZKIN (P41155)
    Credit Repair Lawyers of America
    Attorney for Plaintiff
    22142 West Nine Mile Road
    Southfield, MI 48033
    (248) 353-2882
    gary@crlam.com

## **PROOF OF SERVICE**

    I, Gary D. Nitzkin, hereby state that on May 21, 2019, I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

                                                                                       /s/ Gary Nitzkin