UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLTON SMITH,

    Plaintiffs,                                      Case No. 17-cv-12499
                                                    Hon. Matthew F. Leitman

v.

NATIONWIDE COLLECTION AGENCIES, INC.
d/b/a/ MONEY RECOVERY NATIONWIDE,

    Defendants.
_____/

## STIPULATION TO DISMISS CASE AGAINST DEFENDANT NATIONWIDE COLLECTION AGENCIES, INC. D/B/A MONEY RECOVERY NATIONWIDE, ONLY WITH PREJUDICE AND WITHOUT FEES OR COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant Nationwide Collection Agencies, Inc. d/b/a Money Recovery Nationwide, only, with prejudice and without attorney's fees or costs to either party.

                                                      /s/ Gary Nitzkin
                                                      Gary D. Nitzkin (P41155)
                                                      Attorney for Plaintiff
                                                      22142 West Nine Mile Road
                                                      Southfield, Michigan 48034
                                                      (248) 353-2882
                                                      gary@crlam.com

        *By: /s/* <u>Randall J. Groendyk</u>
        Randall J. Groendyk
        39500 High Pointe Blvd Suite 350
        Novi, MI 48375
        Tel: (248) 567-7400
        Fax: (248) 567-7423
        Email: bsweeny@varnumlaw.com
        Email: rjgroendyk@varnumlaw.com
        *Counsel for Nationwide Collection Agencies*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLTON SMITH,

    Plaintiffs,                                                  Case No. 17-cv-12499
                                                               Hon. Matthew F. Leitman

v.

NATIONWIDE COLLECTION AGENCIES, INC.
d/b/a/ MONEY RECOVERY NATIONWIDE,

    Defendants.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS AS TO DEFENDANT NATIONWIDE COLLECTION AGENCIES, INC. D/B/A MONEY RECOVERY NATIONWIDE, ONLY**

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action against Defendant Nationwide Collection Agencies, Inc. d/b/a Money Recovery Nationwide, only, is hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Defendant Nationwide Collection Agencies, Inc. d/b/a Money Recovery Nationwide as a party in this action and remove its attorneys of record from receiving ECF Notifications.

                                                          /s/Matthew F. Leitman
                                                           MATTHEW F. LEITMAN
                                                           UNITED STATES DISTRICT JUDGE

Dated: October 11, 2019